IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALBERT SMITH, JR., | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-18-1054-SLP |
| STATE OF OKLAHOMA, | ) |
| Respondent. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered November 19, 2018 [Doc. No. 10]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of December, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE